**00–1483.   Rust v. Harris–Gordon.**
Lucas App. No. L–99–1287. Reported at 90 Ohio St.3d 1466, 738 N.E.2d 380. On motion for

reconsideration. Motion denied.

RESNICK, J., not participating.